UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOLTON,<br><br>    Plaintiff,<br><br>v.<br><br>PENTAGROUP FINANCIAL SERVICES, LLC and DOES 1 through 20, inclusive,<br><br>    Defendants. | CIV-F-08-0218 AWI GSA<br><br>ORDER SETTING TELEPHONIC CONFERENCE FOR APRIL 9, 2009 AT 9:30 AM |

    Plaintiff and Defendant have filed a stipulation that Plaintiff is entitled to the maximum statutory penalty of $1,000, obviating the need for a trial. The parties do request a telephonic conference to help resolve the issue of attorney's fees and costs. Thus, the pre-trial conference will be converted into a telephonic conference.

    IT IS HEREBY ORDERED that the previously set pre-trial conference on April 9, 2009 at 8:30 AM is canceled. The parties are to call the court at 9:30 AM (at 559-499-5669) on that date for a telephonic conference instead.

IT IS SO ORDERED.

Dated:   April 2, 2009                 /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE