# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOLTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENTAGROUP FINANCIAL )<br>SERVICES, LLC and DOES 1 through 20,)<br>inclusive, )<br>)<br>Defendants. )<br>_____ ) | CIV-F-08-0218 AWI GSA<br><br>ORDER SETTING TELEPHONIC<br>CONFERENCE FOR APRIL 14, 2009<br>AT 2:00 PM |

IT IS HEREBY ORDERED that the previously set telephonic conference on April 9, 2009 at 9:30 AM is reset for April 14, 2009 at 2:00 PM. The parties are to call the court at 559-499-5669.

IT IS SO ORDERED.

Dated: __April 7, 2009__              /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE