1  William M. Krieg, SBN 066485
2  Eric M. Kapigian, SBN 238733
   **WILLIAM M. KRIEG & ASSOCIATES**
3  2014 Tulare Street, Suite 700
   Fresno, CA 93721
4  Telephone: (559) 441-7485
5  Facsimile: (559) 441-7488

6  Thomas J. Lyons, Jr., Esq.
7  Attorney MN I.D. #0249646 **[ADMITTED PRO HAC]**
   **CONSUMER JUSTICE CENTER, P.A.**
8  367 Commerce Court
   Vadnais Heights, MN 55127
9  Telephone: (651) 770-9707
10 Facsimile: (651) 704-0907

11 Attorneys for Plaintiff, CHRISTOPHER R. BOLTON

12 Brian Slome, Esq.
13 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
14 Los Angeles, CA 90012
15 Telephone: (213) 250-1800
   Facsimile: (213) 250-7900
16 bslome@lbbslaw.com

17 Attorney for Defendant, PENTAGROUP

FILED
JUL 16 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

19            **UNITED STATES DISTRICT COURT**
20            **EASTERN DISTRICT OF CALIFORNIA**

22 CHRISTOPHER R. BOLTON            )   Case No.108CV 00218 AWI (GSA)
23                                   )   Complaint Filed: 2/12/2008
              Plaintiff,             )   Assigned Judge: Anthony W. Ishii
24                                   )
25 v.                                )
                                     )   [PROPOSED] ORDER
26 PENTAGROUP FINANCIAL, LLC, and    )
   DOES 1 through 20, inclusive,     )
27                                   )
                                     )
28            Defendants.            )
   _____)

4850-8767-5394.1

Proposed Order

The Court has been advised by counsel that this action has been settled.

**IT IS ORDERED** that the Court retains complete jurisdiction for 60 days for entry of dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement with Defendant, has not been completed and further litigation is necessary.

Dated: July 16, 2009

HON. ANTHONY W. ISHII

UNITED STATES DISTRICT JUDGE

4850-8767-5394.1

2