# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOLTON, ) | CIV-F-08-0218 AWI GSA |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING DISMISSAL** |
| v. ) | **WITH PREJUDICE** |
| ) | |
| PENTAGROUP FINANCIAL ) | |
| SERVICES, LLC and DOES 1 through 20,) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |

    Based on the parties' joint stipulation filed with the court (Doc. 42), Plaintiff Christopher Bolton's Complaint against Defendant, Pentagroup Financial LLC is dismissed with prejudice in accordance with the terms of the settlement agreement between the parties.

IT IS SO ORDERED.

Dated:   October 15, 2009          /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE